# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**483**
**KA 14-00381**
PRESENT: SCUDDER, P.J., SMITH, PERADOTTO, LINDLEY, AND DEJOSEPH, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                    MEMORANDUM AND ORDER

DASHAWN L. RUSSELL, ALSO KNOWN AS SHAWN,
DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

DAVID P. ELKOVITCH, AUBURN, FOR DEFENDANT-APPELLANT.

DASHAWN L. RUSSELL, DEFENDANT-APPELLANT PRO SE.

JON E. BUDELMANN, DISTRICT ATTORNEY, AUBURN (CHRISTOPHER T. VALDINA OF COUNSEL), FOR RESPONDENT.

---------------------------------------------------------------------------------------------------------

        Appeal from a judgment of the Cayuga County Court (Mark H. Fandrich, A.J.), rendered February 15, 2013.  The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree.

        It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.

        Same memorandum as in *People v Russell* ([appeal No. 1] ___ AD3d ___ [May 1, 2015]).

Entered:  May 1, 2015                          Frances E. Cafarell
                                               Clerk of the Court